UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DANIEL T. WARREN,

       Plaintiff,                                               16-CV-221-V

    -v-

MARINER FINANCE, LLC; EQUIFAX
INFORMATION SERVICES, LLC; and
TRANSUNION, LLC,

       Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT TRANS UNION, LLC

The plaintiff, Daniel T. Warren, *pro se*, and the defendant, Trans Union, LLC , by counsel, have filed a Stipulation of Dismissal with Prejudice between the plaintiff and the defendant Trans Union, LLC.  The Court has been advised of and has reviewed the Stipulation, and finds that the Stipulation should be granted.  It is therefore

ORDERED that all claims of the plaintiff, Daniel T. Warren, against the defendant, Trans Union, LLC, are dismissed with prejudice.  The plaintiff, Daniel T. Warren and the defendant Trans Union, LLC each shall bear their own costs and attorneys' fees.

DATED:   June 13, 2016
                Buffalo, New York

                                                      *s/ Lawrence J. Vilardo*
                                                        LAWRENCE J. VILARDO
                                                        United States District Judge